# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| JAVIER ANGULO JR., | : |
| Plaintiff, | : Case No. 1:22-cv-00923 |
| v. | : Judge Virginia M. Kendall |
| EQUIFAX INFORMATION SERVICES, LLC; and TRUIST BANK d/b/a SHEFFIELD FINANCIAL, | : |
| Defendants. | : |

### DEFENDANT SHEFFIELD FINANCIAL'S NOTICE OF PRESENTMENT FOR MOTION FOR JUDGMENT ON THE PLEADINGS

PLEASE TAKE NOTICE that on June 15, 2022 at 9:00 a.m., or as soon thereafter as counsel may be heard, the undersigned will appear before the Honorable Virginia M. Kendall in Courtroom 2503 of the U.S. District Court, located at the Everett McKinley Dirksen U.S. Courthouse, 219 South Dearborn St., Chicago, Illinois 60604, and present Defendant Sheffield Financial's Motion for Judgment on the Pleadings, copies of which are being filed with the Court and served upon you concurrently herewith.

Dated: June 9, 2022

/s/ *Daniel JT McKenna*
Daniel JT McKenna
Ballard Spahr LLP
1735 Market Street, 51st Floor
Philadelphia, PA  19103-7599
Telephone: (215) 665-8500
Facsimile: (215) 864-8999
mckennad@ballardspahr.com

Alan M. Ritchie
Pilgrim Christakis LLP
321 North Clark Street, 26th Floor
Chicago, IL 60654
Telephone: (312) 939-6580
Facsimile: (312) 939-0983
aritchie@pilgrimchristakis.com

*Attorneys for Defendant,*
*Sheffield Financial, a division of Truist Bank*

**CERTIFICATE OF SERVICE**

I hereby certify that on the 9th day of June 2022, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, and that notice of such filing was made electronically on all counsel of record.

*/s/ Daniel JT McKenna*
Daniel JT McKenna