# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.6.3
### Eastern Division

Javier Angulo Jr.
      Plaintiff,

v.              Case No.: 1:22–cv–00923
              Honorable Virginia M. Kendall

Truist Bank, et al.
      Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, October 20, 2022:

  MINUTE entry before the Honorable Virginia M. Kendall. Webex Status hearing held on 10/20/2022. The Court orally addressed the Motion for Judgment on the Pleadings [17] on the record in open Court indicating a written Opinion is forthcoming. Mailed notice(lk, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.